In the Matter of the Application of GEORGE L. McKENNA, Petitioner, Appellant, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against JOSEPH D. McGOLDRICK and Others, as Members of the Board of Trustees of the New York Fire Department Pension Fund, Defendants, Respondents, Appellants, and JOHN J. McELLIGOTT, Trustee of the New York Fire Department Relief Fund, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements to the petitioner against the respondents-appellants, and petitioner's application for a final order granted. (See *Matter of Heffernan* v. *McGoldrick, ante,* p. 671, decided herewith.) Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of GEORGE J. FOSTER, Petitioner, Appellant, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against JOSEPH D. McGOLDRICK and Others, as Members of the Board of Trustees of the New York Fire Department Pension Fund, Defendants, Respondents, Appellants,